# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**KAYLA REED,**

        **Plaintiff,**

**v.**

        Case No.: 1:17-cv-6502

**EMPIRE TODAY, LLC,**

        **Defendant.**

## NOTICE OF UNOPPOSED MOTION

To: See Attached Certificate of Service

    PLEASE TAKE NOTICE that on Thursday, October 26, 2017, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Empire Today, LLC shall appear before the Honorable Judge Robert W. Gettlemen, or any judge sitting in his stead, in Room 1703, 219 South Dearborn Street, Chicago, Illinois, and then and there present its **Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint**, a true and correct copy of which has been served upon you.

Dated: October 19, 2017                           Respectfully submitted,

                                                            _/s/ Joel Griswold_

                                                             Joel Griswold
                                                             BAKER & HOSTETLER, LLP
                                                             191 North Wacker Drive
                                                              Suite 3100
                                                              Chicago, Illinois  60606
                                                              Phone: 312.416.6238
                                                              Email: jcgriswold@bakerlaw.com

                                                              ATTORNEYS FOR DEFENDANT
                                                              EMPIRE TODAY, LLC

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 19, 2017 he caused a true and correct copy of the foregoing **Notice of Unopposed Motion** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joel Griswold*

611429680.1