# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAYLA REED, an individual, | Case No. 1:17-cv-06502 |
| Plaintiff, | Judge Robert Gettleman |
| v. | Magistrate Judge Maria Valdez |
| EMPIRE TODAY, LLC, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kayla Reed and Defendant Empire Today, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ Rusty A. Payton | /s/ Joel Griswold |
| Rusty A. Payton | Joel Griswold |
| Marc E. Dann | BAKER & HOSTETLER, LLP |
| DANNLAW | 191 North Wacker Drive, Suite 3100 |
| 115 S. LaSalle Street, Suite 2600 | Chicago, IL 60606 |
| Chicago, IL 60603 | Phone: 312-416-6238 |
| notices@dannlaw.com | jcgriswold@bakerlaw.com |
| DisabilityNotices@dannlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | Dated: November 2, 2017 |
| Dated: November 2, 2017 | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2 2017, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

/s/ *Rusty A. Payton*
Rusty A. Payton